No. 719. VAN HORNE v. HINES, ADMINISTRATOR OF VETERANS AFFAIRS. January 5, 1942.

No. 785. MICKENS v. VIRGINIA. January 5, 1942.